# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

DARWIN NATIONAL ASSURANCE
COMPANY,

                Plaintiffs,

v.                              Case No. 14-CV-10

MCLARIO, HELM & BERTLING,

                Defendants.

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, that all matter herein between plaintiff Darwin National Assurance Company and defendant McLario, Helm & Bertling, S.C., have been settled, and all claims in the captioned matter are dismissed on the merits, with prejudice and without costs to any party.

Dated this 15th day of March, 2015.

**Gierke Frank Noorlander LLC**

Attorneys For Plaintiff


/s/ Willem J. Noorlander

_____

Willem J. Noorlander

Dated this _____ day of _____.

**Smith**, Gunderson & Rowen.

Attorneys For Defendants

_____
Wendy G. Gunderson

*Digitally signed by Wendy G. Gunderson*
*DN: cn=Wendy G. Gunderson, o, ou, email=wgunders@sgr-law.com, c=US*
*Date: 2015.03.16 10:15:26 -06'00'*

Wendy G. Gunderson

## **ORDER**

**IT IS HEREBY ORDERED** that Case No. 14-CV-10 (*Darwin National Assurance Co. v. Mclario, Helm & Bertling*) is dismissed on the merits, with prejudice and without costs to any party. This dismissal encompasses all claims and counter-claims pending in the action.

Dated at Milwaukee, Wisconsin this _____ day of _____.

BY THE COURT:

_____
Charles N Clevert
United States District Judge